SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

*ORDER E-FILED ON 9/21/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SMITH and KEITH ROBNETT, AS TRUSTEES OF THE PACIFIC COAST ROOFERS PENSION PLAN, NATIONAL ROOFERS PENSION PLAN NRPP, <br><br>Plaintiffs,<br><br>vs.<br><br>SIERRA ENVIRONMENTAL MANAGEMENT CORPORATION, a California Corporation,<br><br>Defendants. | CASE NO.: C06-03898 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND [XXXXXXX] ORDER<br><br>Date:   September 26, 2006<br>Time:   1:30 P.M.<br>Place:  Courtroom 2, 5th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The defendant in this matter has been served and a six month payment schedule has been reached. The complaint in this case was filed on June 22, 2006.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

///
///
///
///

1

Plaintiffs would like to continue the case for six (6) months in order for Defendant to complete the payment schedule. Therefore, Plaintiffs request that the case be continued until March 6, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: September 19, 2006

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to March 6, 2007, at 1:30 p.m., in Courtroom 2, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: September 21, 2006

MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
HOWARD R. LLOYD

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER